476 F.2d 1287
 83 L.R.R.M. (BNA) 2290, 71 Lab.Cas. P 13,687
 Buddy Lloyd COX et al., Plaintiffs-Appellants,
v.
INTERNATIONAL LONGSHOREMEN'S ASSOCIATION; LOCAL 1273, et
al., Defendants-Appellees.
 No. 72-3194.
 United States Court of Appeals,
Fifth Circuit.
 May 18, 1973.
 
 Anthony J. P. Farris, U. S. Atty., James G. Gough, Wayne H. Paris, Asst. U. S. Attys., Houston, Tex., Walter H. Fleischer, Thomas J. Press, Morton Hollander, Attys., Dept. of Justice, Washington, D. C., for plaintiffs-appellants.
 Chris Dixie, Robert Eikel, Houston, Tex., for defendants-appellees.
 Before WISDOM, DYER and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 We are in agreement with the well reasoned opinion of the district court, Cox, et al. v. International Longshoremen's Association, Local 1273, et al., 343 F. Supp. 1292 (S.D.Tex., 1972), and its judgment is affirmed.